IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Christopher D. Smith
1411 Harrison St Philadelphia P.A
19142

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Queens District Attorney
Melinda Katz, Detective
Robert Deckert and New York City

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**

(Non-Prisoner Complaint)

Case No. **25-cv-2955**

*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

**DEARCY HALL, J.
ESHKENAZI, M.J.**

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Christopher D Smith
   Street Address: 1411 Harrison St
   City and County: Philadelphia
   State and Zip Code: Pennsylvania
   Telephone Number: 646 538 6699
   E-mail Address: ChrisSmith0215@yahoo.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   Name: Melinda Katz
   Job or Title (if known): Queens District Attorney
   Street Address: 80-02 Kew Gardens Rd
   City and County: Kew Gardens Queens
   State and Zip Code: New York
   Telephone Number: 718 286 6000
   E-mail Address (if known): info@QueensDA.org

Defendant No. 2

Name: Robert Deckert
Job or Title (if known): Detective
Street Address: 103-53 101 st
City and County: South Ozone Park
State and Zip Code: Queens NY 11417
Telephone Number: 718 845 2211
E-mail Address (if known):

Defendant No. 3

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No.

    Name: City of New York

    Job or Title *(if known)*: ~~1 Centre Street, 22nd Floor~~

    Street Address: 1 Centre Street 22nd Floor

    City and County: New York

    State and Zip Code: New York 10007

    Telephone Number:

    E-mail Address *(if known)*:

Defendant No.

    Name:

    Job or Title *(if known)*:

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address *(if known)*:

Defendant No.

    Name:

    Job or Title *(if known)*:

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address *(if known)*:

Defendant No.

    Name:

    Job or Title *(if known)*:

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address *(if known)*:

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ State or local officials (a § 1983 claim)

☐ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Obstruction of Justice; Conspiracy; Violation of Duty; Suppression of Evidence; Failing to uphold the law; Tampering with Evidence; Obstructing an investigation Fraud

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Due process, equal protection under the law 14th amendment.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

District Attorney has covered up a murder Denying due process, I had to file a complaint with Internal Affairs for the case to be open, the detective (Robert Deikert) was removed.

Equal protection under the law; There are murderers walking freely because of the D.A and NYPD

4

III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Queens NY

B. What date and approximate time did the events giving rise to your claim(s) occur?

Nov of 2024 maybe earlier

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I reported a murder last year. Detective Robert Deckert investigated my claim. We spoke two weeks later. Deckert said everything I told him pans out, verbatim. He asked me if I would testify, I said yes, I called a week later with a question, why has there not been an arrest made. Deckert, we are waiting on the D.A to send us the case. What they were waiting for is an arrest warrant. I after a few months called the cold case divison. They got in touch with Detective Deckert because the incident happened in his distrct. Detective Deckert told me to call his personal cell phone if I have any more information, if I call his cell phone there is not a record of it. I called internal affairs, told them everything. Detective Deckert was removed and case was then opened

5

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotional distress. They have targeted me. The D.A Melinda Katz has caused me great financial loss.

She maliciously prosecuted me and even though I was vindicated. I have been black balled in business and lawyers. This is why she has broken the law several times over to deny me and the citizens of NY Justice

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the Queens District Attorney to be removed from office and Robert ~~Dectert~~ Deckert to be Fired.
I want 50 million in damages.
I am a business owner. My business has suffered
A writ of Mamadus

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/28 , 2025

Signature of Plaintiff *Christopher D Smith*

Printed Name of Plaintiff Christopher D Smith

I Christopher D Smith,

File suit against Queens District Attorney Melinda Katz , the NYPD and the city of New York with civil violations, Fraud and more.

Queens D.A Melinda Katz and Detective Robert Deckert with Fraud and a bevy of crimes

against the citizens of New York:

They have been covering up a murder. They have allowed murderers to walk freely among unsuspecting New Yorkers. A gross violation of conduct.

1. Obstruction of Justice: on behalf of the District Attorney Melinda Katz and Detective Robert Deckert.

2. Conspiracy Queens District Attorney Melinda Katz conspired with Robert Deckert to cover up the murder of Kevin Bigga Jones.

3. Violation of Duty: It is the District Attorney's job to prosecute criminals not help them elude justice. You must understand that the actions taken by Queens D.A Melinda Katz as a public official is a civil and criminal violations.  This is Serious!

4. Suppression of Evidence: The District Attorney and NYPD have withheld evidence in the murder case of Kevin Bigga Jones.

5. Failing to up hold the law: Queens District Attorney Melinda Katz used her position to hinder the prosecution of a murder case.

Tampering with evidence: District Attorney Melinda Katz has tampered with evidence by telling the Detective (NYPD) not to cooperate with me

The murder case was only opened after I filed a complaint with Internal affairs. Detective Robert Deckert was taken off the would be case and replaced. The case is now open with a new detective. The evidence is beyond a reasonable doubt that they did in fact cover up the murder.

I am the witness. I was asked if I would testify. I said yes! I was told they would conceal my identity. I told him there is no need. I want them to see me!

6. Prosecutorial Misconduct:  The actions of The Queens District Attorney are gross violations and constitute prosecutorial misconduct. Which should lead to her disbarment and even criminal charges.

7. Obstructing an Investigation the Queens D.A  Melinda Katz hindered the investigation. When the Queens D.A Melinda Katz informed the Detective not to cooperate with me the witness. That constitutes a cover up.

I am seeking 50 million dollars in damages.

I was sexually assaulted. I reported the Incident. The detective taking my complaint started making jokes and having a grand ole time at my expense. I reported the incident to lieutenant Sol. He called me and after the conversation said he is going to consider the matter closed. I sent him a letter, I then called. They said he no longer

works there. No accountability.

Detective Biondo who investigated my sexual assault, from the very beginning had this air of Devil may care attitude. He later called me and said the person I accused said they weren't living at the same address at the time of the assault. What in gods name does that have to do with anything. He spat in the face of everyone that has gone out and been violated by a stranger, because Detective Biondo believes you can only be violated by someone you live with. I continued to call for justice. Detective Biondo said the Queens D.A has the case. I called the D.A's office and they were not helpful. Just Disrespectful.

There is no way she cannot take this case. This is murder and I am the witness. ~~She~~ They District Attorney, NYPD has targeted me.

Writ of Mamadus